UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1192

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
SARAH JACQUELYNE WHITE )

The Government's motion is hereby granted. The case is dismissed.

1-5-2011
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE